JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND, <br><br> Plaintiffs, <br> v. <br><br> DELANEY PRINTING AND LITHO COMPANY, INC., an Indiana corporation. <br><br> Defendant. | CASE NO. 2:17-CV-07371-JFW-E <br><br> **JUDGMENT** |

Judgment, comprised of the following, is hereby entered against Defendant Delaney Printing and Litho Company, Inc.:

<u>Plaintiffs' First Claim for Relief</u>

As to Plaintiffs' First Claim for Relief, Defendant is hereby ordered to pay $1,209,480 in withdrawal liability and $51,689.14 (*plus $149.11 per day after April 13, 2018 until a judgment is entered*) in prejudgment interest pursuant to Section 4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6).

### Plaintiffs' Second Claim for Relief

As to Plaintiffs' Second Claim for Relief, Defendant is hereby ordered to pay $412.50 in contributions, $176.13 (*plus $0.09 per day after April 13, 2018 until a judgment is entered*) in prejudgment interest attributable to the contributions, $82.50 in liquidated damages attributable of the contributions, and $3,130.05 in audit costs.

### Plaintiffs' Third Claim for Relief

As to Plaintiffs' Third Claim for Relief, Defendant is hereby ordered to produce to Plaintiffs, within 10 calendar days, its books and records covering the period of March 1, 2013 through the date of Defendant's withdrawal in 2015.

### Plaintiffs' Fourth Claim for Relief

As to Plaintiffs' Fourth Claim for Relief, Defendant is hereby ordered to pay $3,630.07 in underpaid minimum annual contributions, $830.61 (*plus $1.00 per day after April 13, 2018 until a judgment is entered*) in prejudgment interest attributable to the contributions, and $726.02 in liquidated damages.

### Plaintiffs' Fifth Claim for Relief

As to Plaintiffs' Fifth Claim for Relief, Defendant is hereby ordered to pay $1,122.44 in liquidated damages and $205.97 in interest resulting from its late payment of April 2013 and December 2015 contributions.

### Attorneys' Fees and Costs

Defendant is hereby ordered to pay $28,933.59 in attorneys' fees pursuant to Local Rule 55.3, and costs totaling $659.50.

Total judgment for Plaintiffs is $_____.

IT IS SO ORDERED.

Dated: April 16, 2018

_____
The Honorable John F. Walter